# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 11 |
|---|---|---|
| JILL L. STETZ | : | Case No. 14-13411 AMC |
| Debtor | : | |

## ORDER CONFIRMING PLAN

The Plan, as amended, under Chapter 11 of the Bankruptcy Code filed by the Debtor having been transmitted to all creditors, equity security holders and parties in interest; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. Section 1129(a) have been satisfied;

IT IS ORDERED, that the Plan, as amended, filed by the Debtor is confirmed and that the Debtor shall pay all quarterly fee obligations pursuant to 11 U.S.C. Section 1930 until this case is closed or dismissed.

BY THE COURT:

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

Dated: 11/6/15

| | |
|---|---|
| John A. Gagliardi, Esquire | Kevin Callahan, Esquire |
| Wetzel Gagliardi Fetter & Lavin LLC | Office of the United States Trustee |
| 101 E. Evans Street | 833 Chestnut Street, Ste. 500 |
| Walnut Bldg., Ste. A | Philadelphia, PA 19106 |
| West Chester, PA 19380 | |